### UNITED STATES of America, Plaintiff-Appellee,

v.

### James L. FORD, a.k.a. James Ford, Defendant-Appellant.

#### No. 16-10441

United States Court of Appeals, Ninth Circuit.

Submitted October 23, 2017 *

Filed October 27, 2017

Krissa Marie Lanham, USPX—Office of the US Attorney, Phoenix, AZ, for Plaintiff-Appellee

James L. Ford, Pro Se

Before: LEAVY, WATFORD, and FRIEDLAND, Circuit Judges.

## MEMORANDUM **

James L. Ford appeals from the district court's judgment and challenges his guilty-

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

plea conviction and ten-month sentence for escape, in violation of 18 U.S.C. §§ 751(a) and 4082(a). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ford's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We construe the letter submitted by Ford on September 19, 2017, as a pro se supplemental brief. No answering brief has been filed.

Ford waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

To the extent that Ford seeks to raise a claim of ineffective assistance of counsel, we decline to address this issue on direct appeal. *See United States v. Rahman*, 642 F.3d 1257, 1259-60 (9th Cir. 2011).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** The Honorable Donald W. Molloy, United States District Judge for the District of Montana, sitting by designation.

---

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.